UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LOURDES YANES DIAZ,

                                          Case No. 16-cv-62786

    Plaintiff,

vs.

ALL METRO HOME CARE SERVICES
OF FLORIDA, INC. d/b/a ALL METRO
HEALTH CARE, and DAVE P MIDDLETON,
Individually

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

        Plaintiff, by and through the undersigned counsel, hereby files this Statement of Claim pursuant to this Honorable Court's Order [DE 7], and states as follows:

Period of Time: October 1, 2013 through on or about October 1, 2015

Weeks: 104

Rate of pay: $10.00

Half-time rate: $5.00

Hours worked weekly: 58

Overtime hours weekly: 18

**Total overtime wages owed**: 104 weeks X $5.00 X 18 hours = $9,360.00

**Total overtime wages owed plus liquidated damages**: $9,360 X 2 = **$18,720.00**

(plus attorneys' fees and costs)

Respectfully submitted,

                                                          CORONA LAW FIRM, P.A.
                                                          3899 NW 7th Street, 2nd Floor
                                                          Miami, FL  33126
                                                          Telephone: (305) 266-1150

Facsimile: (305)266-1151  
Email: amorgado@coronapa.com  
Secondary Email: crm@coronapa.com  

By: **/s/ Allyson Morgado**
 ALLYSON MORGADO
 Florida Bar No: 91506

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that no appearances have been made on behalf of the Defendants to this date.

 **/s/ Allyson Morgado**
 Allyson Morgado