UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-62786-BLOOM/VALLE

LOURDES YANES DIAZ,

    Plaintiff,

v.

ALL METRO HOME CARE SERVICES
OF FLORIDA, INC., *et al.*,

    Defendants.
_____/

### ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Beth Bloom's Order referring the case to the undersigned for an early settlement conference. *See* (ECF No. 7).

Accordingly, a settlement conference will be held on **Tuesday, May 23, 2017, at 2:00 p.m.** in the U.S. Federal Building and Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties will be notified of the courtroom location in a separate order. **ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS MUST BE PRESENT WITH FULL AUTHORITY TO SETTLE THIS ACTION**.[1]

By **Wednesday, May 17, 2017**, each party shall: (i) file a certificate of compliance confirming that all documents supporting the claims and defenses, including time sheets, pay stubs, etc., have been exchanged and reviewed, as required by District Judge Bloom's Order in FLSA Cases (ECF No. 7); and (ii) email (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov. Each Statement shall not exceed five (5)

---

[1] The parties are advised that non-lawyers are not permitted to bring cellular phones or other electronic devices into the U.S. Federal Building and Courthouse.

double-spaced pages. Plaintiff's Confidential Settlement Statement must also specify counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the submission.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on April 12, 2017.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Beth Bloom
All Counsel of Record