UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62786-BLOOM/Valle

LOURDES YANES DIAZ,

    Plaintiff,

v.

ALL METRO HOME CARE SERVICES OF FLORIDA, INC.
d/b/a All Metro Health Care,
and DAVID P. MIDDLETON,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [27], advising that the parties have reached a full resolution of all disputed issues in this action, filed on April 27, 2017. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers within **thirty (30) days** of the date of this Order.

3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

Case No. 16-cv-62786-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 27th day of April, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record