**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LOURDES YANES DIAZ,

       Plaintiff,

v.                                                                                   CASE NO. 16-CV-62786-BB

ALL METRO HOME CARE SERVICES OF
FLORIDA, INC. d/b/a ALL METRO HEALTH
CARE, and DAVID P. MIDDLETON,
individually,

       Defendants.
_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SUBMIT**
**MOTION FOR APPROVAL OF SETTLEMENT**

Defendants respectfully request a one-week extension of time, up to and including June 6, 2017, to submit a Motion for Approval of Settlement to the Court. In support of this Motion, Defendants state as follows:

1. On April 28, 2017, the Court entered an Order directing the parties to submit a Motion for Approval of Settlement within thirty days, or by May 30, 2017. *See Order* (Dkt. No. 28).

2. Defendants' counsel and Plaintiff's counsel are currently coordinating the execution of the settlement agreements and finalizing other settlement items. Accordingly, Defendants respectfully request one additional week, or until June 6, 2017, to submit a Motion for Approval of Settlement to the Court.

**MEMORANDUM OF LAW**

Fed. R. Civ. P. 6(b)(1) establishes that upon good cause shown, the Court may enlarge any period of time within which the parties must complete any act. Such authority is within the

Court's broad discretion to manage its cases.  *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)).  As this Motion sets forth good cause for the relief sought, and neither the parties nor these proceedings would be prejudiced, the granting of this Motion would be an appropriate exercise of the Court's discretion.

WHEREFORE, for good cause shown, Defendants respectfully request that the Court grant an extension of time, up to and including June 6, 2017 to submit a Motion for Approval of Settlement to the Court.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Defendant's counsel attempted unsuccessfully to contact Plaintiff's counsel regarding the relief requested in this Motion.

Dated this 30th day of May, 2017.  Respectfully submitted,

*/s/ Mark E. Zelek*
Mark E. Zelek
  Florida Bar No. 667773
  Email: mark.zelek@morganlewis.com
John R. Beauchamp
  Fla. Bar No. 119065
  Email: john.beauchamp@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Blvd., #5300
Miami, FL 33131-2339
Telephone:  305.415.3303
Facsimile:  305.415.3001

*Attorneys for Defendants*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Allyson Morgado, Esq.
CORONA LAW FIRM, P.A.
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
Telephone: (305) 266-1150
Facsimile: (305) 266-1151
Email: amorgado@coronapa.com
Email: rcorona@coronapa.com

*Attorneys for Plaintiff*

>  */s/ Mark E. Zelek*
>  Mark E. Zelek